JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY ANDREWS,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO.; SMITH'S FOOD & DRUG CENTERS, INC.; DOE EMPLOYEE, a Nevada resident; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00841-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 17 |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED**, by and between Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel for Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO., and Paul R. Kirst, Esq. of the law firm of CRAIG P. KENNY & ASSOCIATES as counsel for Plaintiff JEFFREY ANDREWS, as follows:

1. That the claims herein of Plaintiff JEFFREY ANDREWS against Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That there is no trial date set for this matter as this litigation is presently in the discovery

stage.

**IT IS SO STIPULATED.**

DATED this 11 day of ~~July~~ NOV, 2026.

**CRAIG P. KENNY & ASSOCIATES**

/s/

PAUL R. KIRST, ESQ.
Nevada Bar No. 03981
501 South Eighth Street
Las Vegas, Nevada 89101
(702) 380-2800
Attorneys for Plaintiff
Jeffrey Andrews

DATED this 12th day of ~~July~~ November, 2026.

**COOPER LEVENSON, P.A.**

/s/

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendants
Smith's Food & Drug Centers, Inc. and
The Kroger Co.

**ORDER**

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2026